IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON-SAMUEL JAMES-SINGLETON PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>D. BAUGHMAN, et al.,<br><br>Defendants. | 2:18-cv-01827-TLN-EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered Defendants O'Rilley and Soltanian-Zadeh's request for an extension of time to return signed waivers of service, and good cause having been found:

**IT IS ORDERED** that the request for an extension of time is granted, and the deadline for filing waivers of service is extended by thirty days. Defendants have up to and including July 13, 2020 to return signed service waivers. The Clerk is directed to terminate ECF No. 29.

Dated: June 8, 2020.

_____
The Honorable Edmund F. Brennan