IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON-SAMUEL JAMES-SINGLETON PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>D. BAUGHMAN, et al.,<br><br>Defendants. | 2:18-cv-01827-TLN-EFB (PC)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT O'RILLEY'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |

The Court, having considered Defendant O'Rilley's request for an extension of time to file a responsive pleading, and good cause having been found:

**IT IS ORDERED** that the request for an extension of time is granted, and the deadline for Defendant O'Rilley to file a responsive pleading is extended by seven days. Defendant has up to and including July 20, 2020 to file a responsive pleading.

Dated: July 13, 2020.

_____
The Honorable Edmund F. Brennan