UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON-SAMUEL JAMES-SINGLETON PERKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>D. BAUGHMAN, *et al.*,<br><br>  Defendants. | Case No. 2:18-cv-01827-TLN-JDP (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 63 |

Plaintiff has filed a motion for a forty-five extension of time to file objections to the December 22, 2020 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

　　1. Plaintiff's motion for an extension of time, ECF No. 63, is granted in part;

　　2. Plaintiff shall file his objections on or before March 19, 2021; and

　　3. Plaintiff is admonished that no further extensions of time will be granted absent a showing of extraordinary cause.

IT IS SO ORDERED.


Dated:　　February 19, 2021　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE