UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON-SAMUEL JAMES-SINGLETON PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>D. BAUGHMAN, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-01827-TLN-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>ECF No. 62 |

Plaintiff has filed a motion that requests defendants produce documents related to their work history and disciplinary record. ECF No. 62. The motion also appears to request that defendants answer certain questions concerning the events giving rise to this action. *Id.* at 2. Defendant O'Rilley has filed an opposition to plaintiff's motion. ECF No. 64. Therein, he argues that plaintiff never served him with requests for production of documents, and therefore that plaintiff's motion should be denied as premature.[1]

Having reviewed plaintiff's motion, the court finds that it is not a proper motion to compel discovery pursuant to Federal Rule of Civil Procedure ("Rule") 37(a). Rather, the motion is more appropriately construed as a request for discovery pursuant to Rules 33 and 34. Plaintiff is hereby notified that he may not serve defendants with his discovery requests by filing them with the

---

[1] In violation of Local Rule 230(l), defendant Soltanian failed to timely file an opposition or statement of non-opposition to plaintiff's motion. Soltanian is admonished that any future violation of the court's local rules may result in the imposition of sanctions.

1

court.  Instead, plaintiff must serve his discovery requests on each defendant from whom he seeks discovery.  *See* Fed. R. Civ. P. 30-36.

Accordingly, plaintiff's motion for discovery, ECF No. 62, is denied.

IT IS SO ORDERED.

Dated:   February 22, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2