UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON-SAMUEL JAMES SINGLETON PERKINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. BAUGHMAN, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01827-TLN-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 61 |

　　Defendants have filed a motion to modify the July 20, 2020 discovery and scheduling order. ECF No. 61. Plaintiff did not timely file an opposition or statement of non-opposition to defendants' motion.

　　Good cause appearing, defendants' motion, ECF No. 61, is granted as stated herein, and the July 20, 2020 discovery and scheduling order is modified as follows:

　　1. The deadline for completion of discovery is extended to April 1, 2021; and

　　2. The deadline for filing dispositive motions is extended to July 2, 2021.

1

IT IS SO ORDERED.

Dated: __February 22, 2021__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE