UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON-SAMUEL JAMES-SINGLETON PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>D. BAUGHMAN, et al.,<br><br>Defendants. | No.  2:18-cv-01827-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 22, 2020, are ADOPTED IN

FULL; and

    2. Plaintiff's motions for summary judgment, ECF Nos. 38 & 39, are DENIED without prejudice.

DATED: March 25, 2021

                              Troy L. Nunley
                              United States District Judge