1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DE'VON-SAMUEL JAMES-                    No.  2:18-cv-01827-TLN-JDP
     SINGLETON PERKINS,
12
                Plaintiff,
13                                           **ORDER**

14         v.

15   O'REILLY, et al.,

16              Defendants.

17

18         Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On December 6, 2021, the magistrate judge filed findings and recommendations herein

22   which were served on all parties and which contained notice to all parties that any objections to

23   the findings and recommendations were to be filed within fourteen days.  (ECF No 81.)  No

24   objections were filed.

25         The Court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27   ORDERED that:

28         1.  The findings and recommendations filed December 6, 2021, are adopted in full;

                                              1

        2.  This action is dismissed for failure to prosecute, failure to comply with Court orders

and failure to comply with the Court's local rules; and

        3.  The Clerk of Court is directed to close the case.

DATED:  January 31, 2022

                            _____
                            Troy L. Nunley
                            United States District Judge